

WILENCHIK & BARTNESS
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810        Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
William M. Fischbach, #019769
Caitlin B. Fitz-Maurice, #039867
admin@wb-law.com
*Attorneys for Defendant Adam Weinstein*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Adam Weinstein, et al.**<br><br>**Defendants.** | **Case No: 2:25-cr-00541-PHX-DJH**<br><br>**JOINT STATUS REPORT** |

Plaintiff, United States of America and Defendants Adam Weinstein and Gerald Dixon submit this joint status report pursuant to this Court's February 26, 2026 Order informing the Court of the earliest time period the parties will be prepared to proceed to trial and the estimated trial length.

Lead trial counsel for Adam Weinstein, Dennis Wilenchik, will have surgery on July 8, 2026 whereby physicians at Mayo Clinic have communicated months of recovery post-surgery. Due to this, counsel would propose a trial date in October 2026, if available. Counsel anticipates at least an estimated trial length of a week. The assigned Assistant U.S. Attorney has firm trial dates set in *U.S. v. Kashosi*, CR-25-00559-PHX-JJT from September 15-25, 2026, *U.S. v. Maio*, CR-25-00766-001-PHX-MTL from October 20-30, 2026, and foreign travel from November 15-29, 2026.

**RESPECTFULLY SUBMITTED** on April 22, 2026.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Caitlin B. Fitz-Maurice*

Dennis I. Wilenchik, Esq.
William M. Fischbach, Esq.
Caitlin B. Fitz-Maurice, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant*

*/s/ Michael G. Bailey, with permission*

Michael G. Bailey, Esq.
**TULLY BAILEY LLP**
5230 E. Shea Blvd, Suite 230
Scottsdale, AZ 85254
mbailey@tullybailey.com
*Attorney for Defendant Gerald Dixon*

*/s/ Kevin M. Rapp, with permission*

Kevin M. Rapp, Esq.
**UNITED STATES ATTORNEYS**
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Kevin.Rapp@usdoj.gov
*Attorneys for Plaintiff*



2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 29, 2026, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case.

*/s/Christine M. Ferreira*